AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00250 |
| Jeremy Daniel Groseclose | ) Assigned to: Judge Faruqui, Zia M |
| | ) Assign Date: 2/22/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Jeremy Daniel Groseclose    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:   02/22/2021                                  2021.02.22 18:34:42 -05'00'
                                                    *Issuing officer's signature*

City and state:     Washington, D.C.              Zia M. Faruqui, U.S. Magistrate Judge
                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/23/2021, and the person was arrested on *(date)* 2/25/2021
at *(city and state)* Elliston, Virginia.

Date: 2/25/2021

*Arresting officer's signature*

Matthew Lee - FBI Special Agent
*Printed name and title*